UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

|  |  |  |
|---|---|---|
| In re: | : | |
|  | : | |
| **Christopher Bryan Whitaker** | : | Case No.:  17-50285 |
| **Patti Ann Whitaker** | : | Chapter 7 |
|  | : | Judge Alan C. Stout |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |
|  | : | |

## MOTION FOR RELIEF FROM STAY
## AND ABANDONMENT OF REAL ESTATE LOCATED AT
## 203 COURT STREET, SMITHLAND, KY 42081 (FIRST MORTGAGE)

Comes now Wells Fargo Bank, NA , its successor and assigns, (hereinafter "Movant"), a creditor in the above-referenced by counsel, and moves the court pursuant to 11 U.S.C. § 362(d) for an order granting relief from the automatic stay and pursuant to 11 U.S.C. § 554(b) for an order directing the Trustee to abandon the real estate of the Debtor in order that Movant may enforce its lien against the real estate of the Debtor located at 203 Court Street, Smithland, KY 42081.

In support of its motion, Movant offers the attached memorandum.

                                                                                    Respectfully submitted,

                                                                                    /s/ Amy E. Gardner
                                                                        Amy E. Gardner (KBA #93532)
                                                                        John R. Cummins (84631)
                                                                        Manley Deas Kochalski LLC
                                                                        P.O. Box 165028
                                                                        Columbus, OH  43216-5028
                                                                        614-220-5611; Fax: 614-627-8181
                                                                        Attorneys for Creditor
                                                                        The case attorney for this file is Amy E. Gardner.
                                                                        Contact email is aeg@manleydeas.com

17-016784_JHH

## MEMORANDUM IN SUPPORT OF
## MOTION FOR RELIEF FROM STAY

1. The Debtor filed a petition for relief under Chapter 7 on April 28, 2017.

2. The trustee of the estate of the Debtor in this case is Mark Little.

3. Movant has a secured claim in this case in the principal amount of $105,285.45 plus 4% interest per annum. The claim is secured by a security interest in the following collateral: real property located at 203 Court Street, Smithland, KY 42081 and more fully described in the mortgage.

4. The security interest was perfected by the filing of the mortgage.

5. A copy of the Proof of Claim filed in this case by Movant, along with copies of the note, security agreement, financing statement and supporting documents establishing the Movant's perfected security interest in the above-described property, is attached hereto.

6. The monthly payments due for September 1, 2016 through May 1, 2017 remain unpaid. The unpaid principal balance of $105,285.45 plus interest and fees equals a total of $113,653.83 as of May 24, 2017.

7. Movant seeks relief from stay on the following grounds: the interest of the Movant is not adequately protected; or the Debtor has no equity in the property and the property is not necessary to an effective reorganization, and Debtor intends to surrender the property located at 203 Court Street, Smithland, KY 42081 according to the Chapter 7 Statement of Intention.

WHEREFORE, Movant respectfully requests that this Court enter an Order terminating the automatic stay to permit Movant to foreclose on its mortgage lien herein described and for such other relief as may be just.

17-016784_JHH

Respectfully submitted,

/s/ Amy E. Gardner
Amy E. Gardner (KBA #93532)
John R. Cummins (84631)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

## NOTICE

Please take notice that parties in interest shall have 14 days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the enclosed order may be entered by the court without a hearing on the motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Stay and Abandonment (First Mortgage) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway, #512, Louisville, KY  40202

Mark Little, 1917 Versnick Way, Madisonville, KY  42431

Marcus H. Herbert, Attorney for Christopher Bryan Whitaker and Patti Ann Whitaker, P.O. Box 2693, Paducah, KY  42002-2693, bkcourt@marcusherbertlaw.com

and on the below listed parties by regular U.S. mail, postage prepaid on June  5 , 2017:

Christopher Bryan Whitaker and Patti Ann Whitaker, 463 Capp Springs Road, Benton, KY  42025

17-016784_JHH

Christopher Bryan Whitaker and Patti Ann Whitaker, 203 Court Street, Smithland, KY  42081

                /s/ Amy E. Gardner

17-016784_JHH